IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NUTRINOVA NUTRITION SPECIALTIES & FOOD INGREDIENTS GMBH, <br><br> Plaintiff, <br><br> v. <br><br> VIACHEM LTD. <br><br> and <br><br> THE INGREDIENT HOUSE, LLC <br><br> and <br><br> DMH INGREDIENTS, INC. <br><br> Defendants. | Case No. 07 C 4232 <br><br> Magistrate Judge Keys <br><br> Judge Amy St. Eve |

## NOTICE OF MOTION

To:  Michael W. Kazan, Esq.
     Grippo & Elden
     111 South Wacker Drive
     Chicago, IL 60606
     E-mail: docket@grippoelden.com

   PLEASE TAKE NOTICE that on Tuesday, October 9, 2007, at 8:30 a.m., I shall appear before the Honorable Amy J. St. Eve, in Courtroom 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Plaintiff's Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e)**.

                                        NUTRINOVA NUTRITION
                                        SPECIALTIES & FOOD INGREDIENTS
                                        GMBH

                                        By: /s/ Paul A. Maddock
                                            One Of Its Attorneys

Glen T. Keysor (No. 01456032)          Stephen B. Higgins
Christina M. Berish (No. 06281022)     Paul A. Maddock (No. 6216469)

| | |
|---|---|
| THOMPSON COBURN FAGEL HABER<br>55 East Monroe Street, Suite 4000<br>Chicago, IL 60603<br>Telephone: 312.346.7500<br>Facsimile: 312.580.2201<br>*Thompson Coburn LLP d/b/a*<br>*Thompson Coburn Fagel Haber* | THOMPSON COBURN LLP<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone: 314.552.6000<br>Facsimile: 314.552.7000 |