IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NUTRINOVA NUTRITION SPECIALTIES & FOOD INGREDIENTS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>VIACHEM LTD., THE INGREDIENT HOUSE, LLC AND DMH INGREDIENTS,<br><br>Defendants | ) ) ) ) ) Case No. 07 C 4232 ) ) Judge Amy St. Eve ) Magistrate Judge keys ) ) ) ) ) |

## NOTICE OF MOTION

TO:  Michael W. Kazan          Glen T. Keysor
     Grippo & Elden            Christina M. Berish
     111 So. Wacker Drive      Thompson Coburn Fagel Haber
     Chicago, Illinois 60606   55 E. Monroe Street, Suite 4000
                               Chicago, Illinois 60603

PLEASE TAKE NOTICE that on Tuesday, October 9, 2007, at 8:30 a.m., I shall appear for the Honorable Amy J. St. Eve, in Courtroom 1241 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and present the **Agreed Motion by Defendant DMH Ingredients for an Extension of Time to Respond to Complaint**.

Respectfully submitted,

DMH INGREDIENTS, INC.

By: _____
    One of its Attorneys

George H. Gerstman
Matthew A. Werber
SEYFARTH SHAW LLP
131 So. Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Facsimile No. (312) 460-7000

CH1 11323196.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2007, I served the foregoing **Notice of Motion** by electronic mail to:

Glen T. Keysor
Christina M. Berish
Thompson Coburn Fagel Haber
55 East Monroe Street, Suite 4000
Chicago, Illinois 60603
email: cberish@tcfhlaw.com

Michael W. Kazan
Grippo & Elden
111 So. Wacker Drive
Chicago, Illinois 60606
email: docket@grippoelden.com

2

CH1 11323177.1